LEARNING RIGHTS LAW CENTER
JANEEN STEEL (SBN 211401)
PATRICIA A. VAN DYKE (SBN160033)
Janeen@learningrights.org
Patsy@learningrights.org
1625 W. Olympic Blvd., Suite 500
Los Angeles, California 90015
Phone: (213) 489-4035 / Fax: (213) 489-4033

LAW OFFICE OF SHAWNA L. PARKS
SHAWNA L. PARKS (SBN 208301)
sparks@parks-law-office.com
4470 W. Sunset Blvd., Ste. 107-347
Los Angeles, CA 90027
Phone/Fax: (323) 389-9239

SCHONBRUN SEPLOW
HARRIS & HOFFMAN LLP
Wilmer J. Harris (SBN 150407)
715 Fremont Ave., Suite A
South Pasadena, CA. 91030
Telephone No.: (626) 441-4129
Facsimile No.: (626) 283-5770

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor, by and through his guardian ad litem, C.C., <br><br> Plaintiff, <br><br> v. <br><br> OXNARD SCHOOL DISTRICT; CASA PACIFICA CENTERS FOR CHILDREN AND FAMILIES, <br><br> Defendants | Case No.: 2:19-cv-01997-MWF-MRW <br><br> **Plaintiff's Notice of Lodging of Administrative Record** <br><br> **Date:** August 26, 2019 <br> **Time:** 10:00 a.m. <br> **Court:** Courtroom 5A <br> First Street Courthouse |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice that in connection with Plaintiff's Oppositions to Defendants' Motions to Dismiss, Plaintiffs have lodged with the Court an electronic version of the administrative record from I.H.'s due process case.

Dated: August 5, 2019

                                               LEARNING RIGHTS LAW CENTER
                                               LAW OFFICE OF SHAWNA L. PARKS
                                               SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                                               _____
                                               SHAWNA L. PARKS
                                               Attorneys for Plaintiff