UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 19-1997-MWF(MRWx)**　　　　　　　　　　Dated: **October 28, 2019**

Title:  I. H. -*v*- Oxnard School District

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　ATTORNEYS PRESENT FOR DEFENDANTS:

Shawna L. Parks　　　　　　　　　　Conor Kennedy
　　　　　　　　　　　　　　　　　　Mindee J. Stekkinger
　　　　　　　　　　　　　　　　　　Richard R. Clouse

**PROCEEDINGS: SCHEDULING CONFERENCE**

　　Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk  rs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:07 MIN