**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.H., a minor, etc., <br><br> Plaintiff(s) <br><br> v. <br><br> OXNARD SCHOOL DISTRICT, et al., <br><br> Defendant(s). | CASE NUMBER: <br> CV 19-1997 MWF (MRWx) <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

<u>CASA PACIFICA CENTERS FOR CHILDREN</u>  ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute <u>Thomas E. Beach and Mindee J. Stekkinger of Beach Cowdrey Jenkins, LLP</u> who are

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>500 East Esplanade Drive, Suite 1400</u>
*Street Address*

<u>Oxnard, California  93036</u>   <u>mail@beachcowdrey.com</u>
*City, State, Zip*         *E-Mail Address*

<u>(805) 388-3100</u>   <u>(805) 388-3414</u>   96321 (Beach) <br> 146698 (Stekkinger)
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of   <u>Richard R. Clouse and Lawya L. Randel of Clousespaniac Attorneys</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Counsel must be familiar with the Local Rules and this Court's Procedures and Schedules.  The Court notes that this Request was not properly filed (incorrect event, no descriptive docket entry) on the docket.  The Court will strike future filings that do not comply.

Dated:  November 18, 2019

_____
U. S. District Judge