JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., a minor, by and through his guardian ad litem, C.C., <br><br> Plaintiff, <br> v. <br><br> OXNARD SCHOOL DISTRICT AND CASA PACIFICA CENTERS FOR CHILDREN AND FAMILIES, <br><br> Defendants. | Case No.: CV 19-1997-MWF (MRWx) <br><br> **Order Granting Plaintiff's Motion for an Order Approving Minor's Compromise of a Pending Claims** <br><br> Hon.   Michael W. Fitzgerald <br><br> Complaint filed:  March 18, 2019 |

**ORDER**

Having read and considered Plaintiff's Motion (1) To Enforce the Settlement Between Plaintiff and Defendant Casa Pacifica Centers for Children and Families, and (2) for an Order Approving Minor's Compromise of Pending Claims; the Memorandum of Points and Authorities in Support Thereof; the concurrently-filed Declarations of Shawna L. Parks and C.C.; the papers and records on file with this Court in this action; and good cause having been shown, the Court finds that the settlement agreement is in the best interest of Plaintiff, I.H., the minor.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. The Motion to Enforce the Settlement Between Plaintiff and Defendant Casa Pacifica Centers for Children and Families is **DENIED *as moot***, since Plaintiff subsequently withdrew this portion of the Motion. (*See* Docket No. 115);

2. The Motion to Approve the Minor's Compromise as to claims against Defendant Casa Pacifica is **GRANTED**;

3. Plaintiff I.H. shall receive $55,000 in settlement funds, less any amounts paid to satisfy the Medi-Cal lien, to be transferred directly from the Law Office of Shawna L. Parks IOLTA Account to a California Uniform Transfers to Minor Account, with I.H.'s mother, C.C., as custodian of the account, to be used for I.H.'s care and benefit only;

4. This Court will retain jurisdiction for purposes of enforcing payment, if necessary, but will issue a final dismissal with prejudice of claims against Casa Pacifica after payment of the monetary sums set forth in this agreement;

///
///
///
///

5. Counsel for Plaintiff are directed to notify the Court and file a dismissal with prejudice of claims against Casa Pacifica within seven (7) days of receipt of the moneys outlined in the agreement.

IT IS SO ORDERED.

Dated: April 13, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge